1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar #207387
2  225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
3  Telephone: (626) 449-1882
Facsimile: (626) 449-1958
4  Email: Decker@luch.com

5  Counsel for Plaintiffs, Trustees of the Southern
California Pipe Trades Health and Welfare Trust Fund, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> KREIT MECHANICAL ASSOCIATES, INC. a California corporation; EPHRAIM KREITENBERG, an individual; and SHAINDEE KREITENBERG, an individual, <br><br> Defendants. | CASE NO.: CV11-04922 AHM (FMOx) <br><br> JS-6 <br><br> **JUDGMENT** |

This action having been commenced on June 9, 2011, and the Court having approved the stipulation of the parties for entry of judgment against defendants Kreit Mechanical Associates, Inc., Ephraim Kreitenberg and Shaindee Kreitenberg and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprenticeship and Journeyman Training Trust Fund, Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from defendants Kreit Mechanical Associates, Inc., a California corporation, Ephraim Kreitenberg, an individual, and Shaindee Kreitenberg, an individual, jointly and severally, the principal amount of $176,845.74, together with pre-judgment and post-judgment interest thereon at the rate of nine percent (9%) per annum from May 15, 2011, until paid in full.

DATED: 6/30/11

_____
UNITED STATES DISTRICT JUDGE

-2-
JUDGMENT

431908

EXHIBIT 1 - 6